# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CIVIL NO. 4:17-cv-00079-RGE-SBJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GRINNELL COLLEGE, | ) | |
| RAYNARD S. KINGTON, as agent for | ) | |
| Grinnell College, SARAH | ) | |
| MOSCHENROSS, as agent for Grinnell | ) | **ORDER** |
| College, ANGELA VOOS, as agent for | ) | |
| Grinnell College, ANDREA B. CONNER, | ) | |
| as agent for Grinnell College, BAILEY | ) | |
| ASBERRY, as agent for Grinnell College, | ) | |
| MARSHA TERNUS, as agent for Grinnell | ) | |
| College, and HUSCH BLACKWELL, LLP, | ) | |
| as agent for Grinnell College, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff John Doe initiated this action by filing a Complaint (Dkt. No. 1) on March 2, 2017, with a Motion to Proceed Under Pseudonym and for Protective Order (Dkt. 4). At this early stage of the proceedings, none of the Defendants have filed any responsive pleading to either the Complaint or Plaintiff's Motion, nor has counsel appeared on behalf of any Defendant. It is unknown to the Court whether any Defendant has been served with a summons and copy of the Complaint yet, or a copy of the Motion.

In the Court's view, it would be premature to rule on Plaintiff's Motion prior to an opportunity for Defendants to respond. However, until a ruling is entered, both Plaintiff and Defendants shall utilize the same pseudonyms set forth in the Complaint in any further pleading or other filing submitted in this case. Defendants shall have 14 days after the earlier of either filing a

responsive pleading to the Complaint or counsel enters an appearance on a Defendant's behalf to respond to the Motion.

Plaintiff shall serve a copy of this Order and the Motion to Proceed Under Pseudonym and for Protective Order (Dkt. 4) with the supporting Affidavit (Dkt. 4-1) and Memorandum (Dkt. 4-2) upon each Defendant.

**IT IS SO ORDERED.**

**DATED** this 14th day of March, 2017.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE