# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>     Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE, RAYNARD S. KINGTON, ANGELA VOOS, ANDREA B. CONNER, BAILEY ASBERRY, MARSHA TERNUS, and HUSCH BLACKWELL, LLP,<br><br>     Defendants. | Case No. 4:17-cv-00079<br><br><br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT HUSCH BLACKWELL, LLP** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41(a)(2), Plaintiff John Doe and Defendants Grinnell College, Raynard S. Kington, Angela Voos, Andrea B. Conner, Bailey Asberry, Marsha Ternus, and Husch Blackwell, LLP, hereby stipulate that this lawsuit and all claims raised by Plaintiff or which could have been raised by Plaintiff in this lawsuit against Defendant Husch Blackwell, LLP are dismissed with prejudice.  Each party shall pay its own costs and expenses.

Respectfully submitted this __th day of June, 2017.

*/S/ David Goldman*
David H. Goldman
Philip F. Van Liew
Babich Goldman, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone:  515-244-4300
Facsimile:  515-309-6851
Email:  dgoldman@babichgoldman.com
           pvanliew@babichgoldman.com

Andrew T. Miltenberg
Tara Davis
Kara Gorycki
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
Telephone:  212-736-4500
Facsimile:  212-736-2260
Email:  AMiltenberg@nmllplaw.com
           TDavis@nmllplaw.com
           KGorycki@nmllplaw.com
ATTORNEYS FOR PLAINTIFF

*/S/ Andrew Bracken*
Andrew J. Bracken
Miriam Van Heukelem
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone:   515-243-7611
Facsimile:    515-243-2149
Email:          dbracken@ahlerslaw.com
                   mvanheukelem@ahlerslaw.com
ATTORNEYS FOR DEFENDANT
HUSCH BLACKWELL, LLP

*/s/ Frank Haas*
Frances Haas
NYEMASTER GOODE, P.C.
625 First Street South East, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:    319-286-7000
Facsimile:     319-286-7050
Email:           FMHaas@nyemaster.com
ATTORNEYS FOR DEFENDANT
GRINNELL COLLEGE

/s/ *Thomas Joensen*
_____
Thomas Joensen
Mark Feldman
Catherine Lucas
BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309
Telephone:  515-243-4191
Facsimile:  515-246-5808
Email:  Joensen.thomas@bradshawlaw.com
           Feldman.mark@bradshawlaw.com
           Lucas.catherine@bradshawlaw.com
ATTORNEYS FOR DEFENDANT
MARSHA TERNUS

Electronically filed and served on all parties.