IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE; RAYNARD S. KINGTON, as agent for Grinnell College; SARAH MOSCHENROSS, as agent for Grinnell College; ANGELA VOOS, as agent for Grinnell College; ANDREA B. CONNER, as agent for Grinnell College; BAILEY ASBERRY, as agent for Grinnell College; MARSHA K. TERNUS, as agent for Grinnell College; and HUSCH BLACKWELL LLP, as agent for Grinnell College,<br><br>      Defendants. | Case No. 4:17-cv-00079<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW Thomas J. Joensen of Bradshaw, Fowler, Proctor & Fairgrave, P.C., and hereby moves the Court for an order allowing him to withdraw from representation of Defendant Marsha K. Ternus in the above-captioned matter.

In support of said Motion, undersigned counsel states that Mark C. Feldmann and Catherine M. Lucas of Bradshaw, Fowler, Proctor & Fairgrave, P.C., remain as counsel for Defendant Marsha K. Ternus.

WHEREFORE the undersigned respectfully requests that he be permitted to withdraw from this matter.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:   */s/ Thomas J. Joensen*
       Thomas J. Joensen  AT0003868
       801 Grand Avenue, Suite 3700
       Des Moines, IA  50309-8004
       Phone:  (515) 243-4191
       Fax:  (515) 246-5808
       E-Mail:  joensen.thomas@bradshawlaw.com

Copy to:

All counsel of record via CM-ECF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 21st of  August, 2018 by:

☐U.S. Mail                ☐FAX
☐Hand Delivered      ☐UPS
☐Federal Express     ☒Other_____CM-ECF_____

/s/ Peggy Rosky