IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE, SARAH MOSCHENROSS, ANGELA VOOS, and BAILEY ASBERRY,<br><br>                Defendants. | No. 4:17-cv-00079-RGE-SBJ |

**PLAINTIFF'S RESISTANCE TO THE UNITED STATES DEPARTMENT OF EDUCATION'S MOTION TO QUASH SUBPOENA AND MOTION TO COMPEL THE DISCLOSURE OF A SUBSET OF DOCUMENTS SOUGHT IN PLAINTIFF'S SUBPOENA TO THE UNITED STATES DEPARTMENT OF EDUCATION**

Plaintiff resists the United States Department of Education's Motion to Quash his subpoena and also seeks an order compelling the United States Department of Education ("DOE") to compel a subset of documents requested in his subpoena. Plaintiff states as follows:

1.      On July 31, 2018, Plaintiff served a subpoena on the Chicago office of the DOE's Office for Civil Rights ("OCR"), which oversees institutions located in Iowa, including Defendant Grinnell College. A copy of the Subpoena and related correspondence is attached hereto as Exhibits 1-3.

2.      The OCR objected to the Subpoena, and demanded its withdrawal. When Plaintiff failed to withdraw the Subpoena, the present motion to quash ensued.

3.      Subsequently, by letted dated September 10, 2018, attached hereto as Exhibit 4, Plaintiff sought to modify the subpoena by significantly narrowing the scope of his requests.

4. Plaintiff's counsel and DOE's counsel conferred on several occasions and agreed to further limitations, including the negotiation and entry of a protective order.

5. At the time that this resistance/motion is being filed, Plaintiff's counsel and DOE's counsel continue discussions and have nearly agreed upon all terms relevant to the modified Subpoena and protective order.

6. The subset of documents requested by Plaintiff is outlined in his Memorandum of Law, attached hereto as Exhibit 6.

7. The United States District Court for the Southern District of Ohio recently granted the exact relief requested herein and ordered OCR to produce internal documents related to its investigation of a university against which the plaintiff had asserted a Title IX reverse discrimination claim. A copy of the decision is attached hereto as Exhibit 5.

Plaintiff therefore asks the Court to deny the DOE's motion to quash and grant Plaintiff's motion to compel the subset of documents outlined in his memorandum of law.

Dated: September 24, 2018

                                                       Respectfully submitted,

                                                       NESENOFF & MILTENBERG, LLP.

                                                       _____/s/ Kara L. Gorycki_____
                                                          Kara L. Gorycki
Andrew T. Miltenberg
Philip Byler
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: kgorycki@nmllplaw.com
Email: amiltenberg@nmllplaw.com
Email: pbyler@nmllplaw.com

                                                           -and-

                    <u>/s/ David H. Goldman</u>
                          David Goldman
Phillip F. Van Liew
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Email: dgoldman@babichgoldman.com
Email: pvanliew@babichgoldman.com

                 **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Frank B. Harty, Esq.
Nyemaster Goode P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
(515)283-3100
fharty@nyemaster.com

Frances M. Haas, Esq.
Nyemaster Goode P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
(319)286-7000
fmhaas@nyemaster.com

Attorneys for Defendants

David L.D. Faith II
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
(515)473-9353
david.faith@usdoj.gov

Attorney for the United States of America
on behalf of the U.S. Department of Education

/s/ Jamila Janneh