IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE, SARAH MOSCHENROSS, ANGELA VOOS, and BAILEY ASBERRY,<br><br>Defendants. | No. 4:17-cv-079-RGE-SBJ<br><br>**DEFENDANTS' UNRESISTED MOTION TO SEAL PORTIONS OF APPENDIX IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Defendants Grinnell College, Sarah Moschenross, Angela Voos, and Bailey Asberry move the Court for leave to file under seal portions of their appendix in support of their Motion for Summary Judgment. In support of their Motion, Defendants state:

1. Defendants intend to file a motion for summary judgment.

2. Defendants prepared supporting appendices, one of which contains material designated as Confidential pursuant to the Court's Protective Order (docket no. 45) and is attached hereto.

3. To comply with the Court's Order and the Local Rules, Defendants must file these materials under seal.

4. Pursuant to Local Rule 7(k), counsel for Defendants has communicated with counsel for Plaintiff about this Motion. Plaintiff's counsel does not resist this Motion.

For the foregoing reasons, Defendants respectfully request leave to file under seal portions their appendix in support of their Motion for Summary Judgment.

/s/ Frank Boyd Harty
Frank Boyd Harty
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com

and

/s/ Frances M. Haas
Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
Telephone: 319-286-7000
Facsimile: 319-286-7050
Email: fmhaas@nyemaster.com

ATTORNEYS FOR DEFENDANTS GRINNELL
COLLEGE, SARAH MOSCHENCROSS,
ANGELA VOOS, AND BAILEY ASBERRY

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2018 I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to the following:

David H. Goldman, Esq.
Phillip F. Van Liew, Esq.
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa  50309
Telephone:  (515) 244-4300
Email: dgoldman@babichgoldman.com
Email: pvanliew@babichgoldman.com

      -AND-
Andrew T. Miltenberg, Esq. (*pro hac vice*)
Tara J. Davis, Esq. (*pro hac vice*)
Kara L. Gorycki, Esq. (*pro hac vice*)
Philip Byler, Esq. *(pro hac vice)*
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: AMiltenberg@nmllplaw.com
Email: tdavis@nmllplaw.com
Email: kgorycki@nmllplaw.com
Email: pbyler@nmllplaw.com

ATTORNEYS FOR PLAINTIFF JOHN DOE

                              /s/  Shannon Greenman