# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN DOE, | * | CIVIL NO. 4:17-cv-00079-RGE-SBJ |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| GRINNELL COLLEGE, | * | **ORDER** |
| SARAH MOSCHENROSS, | * | |
| ANGELA VOOS, | * | |
| and BAILEY ASBERRY, | * | |
| | * | |
| Defendants. | * | |
| | * | |

Before the Court is a Motion to Compel Defendants' Production of Documents (Dkt. 84) filed by plaintiff on September 7, 2018. Plaintiff requests an order from the Court compelling defendants to produce documents in response to a request for redacted copies of Justice Marsha Ternus' adjudication opinions and recommendation reports from February 1, 2015, through the present.

Defendants filed a Response (Dkt. 89) on September 21, 2018, emphasizing that the requested documents are student records protected by the Federal Educational Rights and Privacy Act, 20 U.S.C. § 1232g ("FERPA"). *Id.* ¶ 1. Defendants express concern that providing responsive FERPA-protected records without a court order or validly-issued subpoena may subject them to legal penalties for FERPA violations. *Id.* ¶ 7. Defendants do not dispute the requested records are discoverable but explain they are exercising caution by waiting for an order from the Court that compels the production of the documents. *Id.* ¶¶ 13-14. In addition, defendants contend the records should be redacted as to the student names and other identifiers, such as email addresses and telephone numbers. *Id.* ¶ 15. Further, defendants note that FERPA mandates an educational institution provide affected students and former students with reasonable notice of intent to comply

with the Court order and, therefore, request a period of 21 days be provided from the date of the order to issue such notice and allow students to respond before production of the records. *Id.* ¶ 18.

Plaintiff filed a Reply (Dkt. 93) on September 25, 2018. Plaintiff asserts the request for 21 days is excessive and suggests the notice period be limited to 10 days. *Id.* ¶ 4.

A hearing was held on October 2, 2018. The Court considers the matter to be fully submitted. For the reasons set forth in the parties' submissions, Plaintiff's Motion to Compel Defendants' Production of Documents (Dkt. 84) shall be, and is hereby, granted. In doing so, the Court finds defendants' request for a period of 21 days for the notice is reasonable. Accordingly, defendants shall produce the requested copies of the adjudication opinions and recommendation reports with the student names and other identifiers, such as email addresses and telephone numbers, redacted by October 24, 2018. Further, as discussed with counsel, the documents shall be produced as confidential materials pursuant to the Protective Order (Dkt. 45) previously entered in this case.

IT IS SO ORDERED.

Dated October 3, 2018.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE