IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE, SARAH MOSCHENROSS, ANGELA VOOS and BAILEY ASBERRY,<br><br>          Defendants. | No. 4:17-cv-079-RGE-SBJ<br><br>**PLAINTIFF'S UNRESISTED MOTION TO FILE OVERLENGTH BRIEF IN SUPPORT OF RESISTANCE TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiff John Doe moves the Court for leave to file a brief in support of his Resistance to Defendants' Motion for Summary Judgment that is twenty-five pages overlength relative to the local rules (or a total of 45 pages). In support of his Motion, Plaintiff States:

1.  On November 2, 2018, Plaintiff intends to file a Resistance to Defendant's Motion for Summary Judgment.

2.  Plaintiff is preparing a brief that addresses all remaining claims and theories alleged in Defendants Motion for Summary Judgment, which are numerous. The record evidence also consists of thousands of pages of documents and seven deposition transcripts, much of which contains informant relevant for inclusion in Plaintiff's brief.

3.  There is good cause to permit an overlength brief in light of the multiple legal theories and claims that Plaintiff must address and the size of the record.

4.  Pursuant to Local Rule 7(k), counsel for Plaintiff has communicated with counsel for Defendants about his intention to request permission from the Court to file a 45-page brief in support of his Resistance to Defendants' Summary Judgment motion. Defendants raised no objection and will not resist this motion.

WHEREFORE Plaintiff respectfully requests that the Court grant this motion to file an overlength brief.

        NESENOFF & MILTENBERG, LLP

        __/s/ Kara L. Gorycki_____
        Kara L. Gorycki
        Andrew T. Miltenberg
        Philip Byler
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        Telephone: (212) 736-4500
        Email: kgorycki@nmllplaw.com
        Email: amiltenberg@nmllplaw.com
        Email: pbyler@nmllplaw.com

        -and-

        __/s/David Goldman_____
        David Goldman
        Phillip F. Van Liew
        BABICH GOLDMAN, P.C.
        501 S.W. 7th Street, Suite J
        Des Moines, Iowa 50309
        Telephone: (515) 244-4300
        Email: dgoldman@babichgoldman.com
        Email: pvanliew@babichgoldman.com

        **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed Plaintiff's Unresisted Motion to file Overlength Brief in Support of Motion for Summary Judgment with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Frank Boyd Harty
Nyemaster Goode, P.C.
700 Walnut Street
Suite 1600
Des Moines, Iowa 50309
Tel: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com

Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
Tel: 319-286-7000
Facsimile: 319-286-7050
Email:fmhaas@nyemaster.com

      /s/ Jamila Janneh