IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE, SARAH MOSCHENROSS, ANGELA VOOS, and BAILEY ASBERRY,<br><br>    Defendants. | No. 4:17-cv-079-RGE-SBJ<br><br><br><br><br>**DEFENDANTS' NOTICE CONCERNING EX PARTE DOCKET NO. 125** |

Defendants Grinnell College, Sarah Moschenross, Angela Voos, and Bailey Asberry file this notice in response to Ex Parte docket no. 125.

1. On October 23, 2018, a former Grinnell College student filed an ex parte notice (docket no. 125) with the Court about the production of student records at issue in the Court's October 3, 2018 Order (docket no. 107).

2. A representative of Grinnell College spoke to the former Grinnell College following the submission of the ex parte letter.

3. Following that discussion, the student advised Grinnell College's representative that the student did not have any objections to Grinnell College's production of the records in compliance with the Order.

Respectfully submitted,

/s/ Frank Boyd Harty
Frank Boyd Harty
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100

Facsimile: 515-283-8045
Email: fharty@nyemaster.com

and

/s/ Frances M. Haas
Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa  52401
Telephone:  319-286-7000
Facsimile: 319-286-7050
Email:  fmhaas@nyemaster.com

ATTORNEYS FOR DEFENDANTS GRINNELL COLLEGE, SARAH MOSCHENCROSS, ANGELA VOOS, AND BAILEY ASBERRY

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 30, 2018 I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to the following:

David H. Goldman, Esq.
Phillip F. Van Liew, Esq.
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa  50309
Telephone:  (515) 244-4300
Email: dgoldman@babichgoldman.com
Email: pvanliew@babichgoldman.com

  -AND-

Andrew T. Miltenberg, Esq. (*pro hac vice*)
Tara J. Davis, Esq. (*pro hac vice*)
Kara L. Gorycki, Esq. (*pro hac vice*)
Philip Byler, Esq. *(pro hac vice)*
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: AMiltenberg@nmllplaw.com
Email: tdavis@nmllplaw.com
Email: kgorycki@nmllplaw.com
Email: pbyler@nmllplaw.com

ATTORNEYS FOR PLAINTIFF JOHN DOE


              /s/  Shannon Greenman