IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE, SARAH MOSCHENROSS, ANGELA VOOS, and BAILEY ASBERRY,<br><br>      Defendants. | No. 4:17-cv-079-RGE-SBJ<br><br>**PLAINTIFF'S UNRESISTED MOTION TO SEAL PORTIONS OF THE APPENDIX, HIS BRIEF AND STATEMENT OF ADDITIONAL FACTS UNDER SEAL** |

Plaintiff hereby moves the Court for leave to file under seal portions of his appendix, brief and Rule 56 Statement of Additional Facts in support of his Resistance to Defendants' Motion for Summary Judgment:

1. Plaintiff has filed a Resistance to Defendants' Motion for Summary Judgment (the "Resistance").

2. Plaintiff has prepared supporting appendices, one of which contains material designated as Confidential pursuant to the Court's Protective Order (Doc. No. 45) and it is attached hereto as Exhibit 1.

3. Plaintiff has publicly filed a copy of his brief in support of his Resistance with a few select redactions of information designated as Confidential pursuant to the Court's Protective Order (Doc. No. 45). Plaintiff attaches the unredacted brief hereto as Exhibit 2.

4. Plaintiff has publicly filed a copy of his Rule 56 Statement of Additional Undisputed Material Facts with a few select redactions of information designated as Confidential pursuant to the Court's Protective Order (Doc. No. 45). Plaintiff attaches the unredacted Rule 56

Statement hereto as Exhibit 3.

5. To comply with the Court's Order and the Local Rules, Plaintiff must file these materials under seal.

6. Pursuant to Local Rule 7(k), counsel for Plaintiff has communicated with counsel for Defendants about this issue. Defendants' counsel does not resist this motion.

For the foregoing reasons, Plaintiff respectfully requests leave to file under seal the documents referenced above.

Dated: November 2, 2018

                Respectfully Submitted,

                NESENOFF & MILTENBERG, LLP

                   /s/ Kara L. Gorycki
                  Kara L. Gorycki (pro hac vice)
                  Andrew T. Miltenberg (pro hac vice)
                  Philip Byler (pro hac vice)
                  363 Seventh Avenue, Fifth Floor
                  New York, New York 10001
                  Telephone: (212) 736-4500
                  Email: kgorycki@nmllplaw.com
                  Email: amiltenberg@nmllplaw.com
                  Email: pbyler@nmllplaw.com

                     -and-

                   /s/ David Goldman
                  David Goldman
                  Phillip F. Van Liew
                  BABICH GOLDMAN, P.C.
                  501 S.W. 7th Street, Suite J
                  Des Moines, Iowa 50309
                  Telephone: (515) 244-4300
                  Email: dgoldman@babichgoldman.com
                  Email: pvanliew@babichgoldman.com

                **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2018 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Frank B. Harty, Esq.
Nyemaster Goode P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
(515)283-3100
fharty@nyemaster.com

Frances M. Haas, Esq.
Nyemaster Goode P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
(319)286-7000
fmhaas@nyemaster.com

Attorneys for Defendants

                                                      /s/ Kara L. Gorycki