IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE, SARAH MOSCHENROSS, ANGELA VOOS, and BAILEY ASBERRY,<br><br>Defendants. | No. 4:17-cv-079-RGE-SBJ<br><br>**DEFENDANTS' MOTION TO SEAL PORTIONS OF REPLY MATERIALS IN IN FURTHER IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Defendants Grinnell College, Sarah Moschenross, Angela Voos, and Bailey Asberry move the Court for leave to file under seal certain reply materials in further support of their motion for summary judgment. In support of their Motion, Defendants state:

1. Defendants intend to file a reply brief in further support of their motion for summary judgment. The contents of the brief contain citations and references to materials related to student misconduct that must be maintained under seal. Defendants have prepared a redacted version to file publically. Defendants also wish to file an unredacted version for the Court's review, which would need to be sealed pursuant to the Court's order on the same.

2. Defendants prepared a response to Plaintiff's Statement of Additional Facts, which contains citations and references to student misconduct and other issues that must be maintained under seal. Defendants have prepared a redacted version to file publically. Defendants also wish to file an unredacted version for the Court's review, which would need to be sealed pursuant to the Court's order on the same.

3. Defendants prepared a supporting appendix, which contains material about

student misconduct that must be maintained as confidential pursuant to the Court's order on the same.

4. To comply with the Court's Order and the Local Rules, Defendants must file these materials under seal.

For the foregoing reasons, Defendants respectfully request leave to file under seal certain reply materials in support of their Motion for Summary Judgment.

/s/ Frank Boyd Harty
Frank Boyd Harty
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com

and

/s/ Frances M. Haas
Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
Telephone: 319-286-7000
Facsimile: 319-286-7050
Email: fmhaas@nyemaster.com

ATTORNEYS FOR DEFENDANTS GRINNELL COLLEGE, SARAH MOSCHENCROSS, ANGELA VOOS, AND BAILEY ASBERRY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2018 I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to the following:

David H. Goldman, Esq.
Phillip F. Van Liew, Esq.
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa  50309
Telephone:  (515) 244-4300
Email: dgoldman@babichgoldman.com
Email: pvanliew@babichgoldman.com

      -AND-
Andrew T. Miltenberg, Esq. (*pro hac vice*)
Tara J. Davis, Esq. (*pro hac vice*)
Kara L. Gorycki, Esq. (*pro hac vice*)
Philip Byler, Esq. *(pro hac vice)*
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: AMiltenberg@nmllplaw.com
Email: tdavis@nmllplaw.com
Email: kgorycki@nmllplaw.com
Email: pbyler@nmllplaw.com

ATTORNEYS FOR PLAINTIFF JOHN DOE


                                        /s/  Frances M. Haas