# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **JOHN DOE** | &#124; |
| | &#124; |
| **Plaintiff,** | &#124; |
| | &#124; NO.  4:17-cv-00079-RP-SBJ |
| v. | &#124; |
| | &#124; |
| **GRINNELL COLLEGE, SARAH** | &#124; |
| **MOSCHENROSS**, **ANGELA VOOS,** | &#124; APPEARANCE OF |
| **BAILEY ASBERRY**, | &#124; AMY K. DAVIS |
| | &#124; |
| **Defendants.** | &#124; |

COMES NOW the undersigned, Amy K. Davis, and hereby enters her Appearance on behalf of the Plaintiff, John Doe.

Respectfully submitted,

*/s/ Amy K. Davis*
Amy K. Davis
Babich Goldman, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa  50309
Telephone:  (515) 244-4300
Facsimile:  (515) 244-2650
E-Mail:  adavis@babichgoldman.com

ATTORNEY FOR PLAINTIFF

Original filed via EM/ECF

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2018 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Frank B. Harty, Esq.
Nyemaster Goode P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
(515)283-3100
fharty@nyemaster.com

Frances M. Haas, Esq.
Nyemaster Goode P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
(319)286-7000
fmhaas@nyemaster.com
Attorneys for Defendants

                                                            /s/ Amy K. Davis