## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 4:17-cv-00079-RGE-SBJ  :  Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| John Doe | Grinnell College; Sarah Moschenross; Angela Voos; Bailey Asberry |

Plaintiff(s) Counsel: David Harris Goldman; Kara Gorycki

Defendant(s) Counsel: Frances M. Haas; Frank B Harty

Court Reporter: SueAnn Jones  :  Interpreter:

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Defendants' Motion for Summary Judgment, ECF No. 94 | | : | X |

Proceedings:

Counsel for the Plaintiff and Defendants appear. Defendants' counsel argues in support of their Motion for Summary Judgment. Plaintiff's counsel argues in opposition to Defendants' Motion for Summary Judgment. Defendants' counsel presents rebuttal argument. Court adjourns. Order to follow.

Time Start: 9:30 a.m.
Time End: 10:53 a.m.
Date: February 7, 2019

/s/Helen Marie S. Berg
_____
Deputy Clerk