IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE, SARAH MOSCHENROSS, ANGELA VOOS, and BAILEY ASBERRY,<br><br>　　　　　Defendants. | No. 4:17-cv-079-RGE-SBJ<br><br><br><br>**DEFENDANTS' REDACTION REQUEST FOR TRANSCRIPT GENERATED FOR FEBRUARY 7, 2019 HEARING** |

　　　　Defendants Grinnell College, Sarah Moschenross, Angela Voos, and Bailey Asberry respectfully request redaction of the following excerpts of the transcript generated for the February 7, 2019 hearing in compliance with the confidentiality requirements in the Order (docket no. 45) and Order (docket no. 107):

　　　　1.　　Page 8, lines 1-14

　　　　2.　　Page 10, lines 1-9; 22

　　　　3.　　Page 11, lines 15-23

　　　　4.　　Page 12; lines 1-3

　　　　5.　　Page 30, lines 23-20

　　　　6.　　Page 31, lines 3-20

　　　　7.　　Page 34, lines 15-21

　　　　8.　　Page 36, lines 19-22

　　　　9.　　Page 38, lines 8-25

　　　　10.　　Page 39, all lines

11. Page 40, lines 1-2; 13-24

12. Page 41, lines 1-4

13. Page 61; lines 4-10

14. Page 63, lines 1-10.

/s/ Frank Boyd Harty
Frank Boyd Harty
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com

and

/s/ Frances M. Haas
Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
Telephone: 319-286-7000
Facsimile: 319-286-7050
Email: fmhaas@nyemaster.com

ATTORNEYS FOR DEFENDANTS GRINNELL COLLEGE, SARAH MOSCHENCROSS, ANGELA VOOS, AND BAILEY ASBERRY

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019 I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to the following:

David H. Goldman, Esq.
Phillip F. Van Liew, Esq.
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa  50309
Telephone:  (515) 244-4300
Email: dgoldman@babichgoldman.com
Email: pvanliew@babichgoldman.com

    -AND-

Andrew T. Miltenberg, Esq. (*pro hac vice*)
Tara J. Davis, Esq. (*pro hac vice*)
Kara L. Gorycki, Esq. (*pro hac vice*)
Philip Byler, Esq. (*pro hac vice*)
NESNOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: AMiltenberg@nmllplaw.com
Email: tdavis@nmllplaw.com
Email: kgorycki@nmllplaw.com
Email: pbyler@nmllplaw.com

ATTORNEYS FOR PLAINTIFF JOHN DOE

                                               /s/  Shannon Greenman