IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE,<br><br>  Defendant. | No. 4:17-cv-00079-RGE-SBJ<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties in the above-referenced action, by and through their counsel, submit this Joint Notice of Settlement. The parties to this action have entered into a settlement agreement and intend to file a stipulation of dismissal on Monday, August 19, 2019. The parties respectfully request that, in light of their settlement, the Court remove the Final Pre-Trial Conference, scheduled for Monday, August 19, 2019, and Trial, scheduled to commence on September 16, 2019, from the Court's calendar.

Dated: August 16, 2019                                                      Respectfully Submitted,

/s/ Frank Boyd Harty
    Frank Boyd Harty
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com

/s/ Frances M. Haas
Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
Telephone: 319-286-7000
Facsimile: 319-286-7050
Email: fmhaas@nyemaster.com

*Attorneys for Defendant*

/s/ Andrew T. Miltenberg
    Andrew T. Miltenberg (*pro hac vice*)
Kara L. Gorycki (*pro hac vice*)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: amiltenberg@nmllplaw.com

/s/ David Goldman
    David H. Goldman
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Email: dgoldman@babichgoldman.com
Email: kgorycki@nmllplaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019 I served the foregoing document on the following counsel of record via the Court's ECF system:

Frank B. Harty, Esq.
Nyemaster Goode P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
(515)283-3100
fharty@nyemaster.com

Frances M. Haas, Esq.
Nyemaster Goode P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
(319)286-7000
fmhaas@nyemaster.com

/s/Andrew T. Miltenberg